United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JOSE MERINO,<br><br>    Plaintiffs,<br><br>VS.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:26-CV-01589 |

## ORDER

Plaintiff has filed a Notice of Dismissal. ECF No. 10. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk is directed to administratively **CLOSE** this case.

   **IT IS SO ORDERED.**

Signed at Houston, Texas on June 2, 2026.

_____
Keith P. Ellison
United States District Judge

1/1